## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| EUGENE MOSS,<br><br>    Defendant-Below,<br>    Appellant,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY,<br><br>    Plaintiff-Below,<br>    Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 55, 2016<br><br>Court Below—Superior Court<br>of the State of Delaware<br><br>C.A. No. N11L-03-097 |

Submitted: September 28, 2016
Decided: September 30, 2016

Before **HOLLAND, VAUGHN,** and **SEITZ,** Justices.

### ORDER

This 30th day of September 2016, having considered this matter on the briefs filed by the parties and after oral argument, the Court has concluded that the final judgment of the Superior Court should be affirmed for the reasons stated in its January 26, 2016 opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

_____
Justice